IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

PERCELL FREEMAN                                                                                          PLAINTIFF

vs.                                            Civil No. 1:13-cv-01039

CAROLYN COLVIN, COMMISSIONER
SOCIAL SECURITY ADMINISTRATION                                                          DEFENDANT

## **JUDGMENT**

For the reasons stated in the Memorandum Opinion entered on this date, this Court dismisses Plaintiff's case with prejudice.

**ENTERED this 7th day of January 2014.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

1